**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: July 8, 2013**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   Matthew Kent Bosler<br>   Michelle Marie Bosler<br><br>                           Debtors | CASE NO: 10-37312<br>(Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER<br>T1XX8X |

AGREED ORDER DISMISSING CASE

This matter is scheduled for hearing on June 20, 2013 upon the Chapter 13 Trustee's Motion to Dismiss (Doc. 64), and the Debtors' response thereto (Doc. 66) filed on May 21, 2013 and upon agreement of the parties,

IT IS ORDERED that:

1) the Chapter 13 Trustee's Motion to Dismiss is hereby granted;

2) the case be and hereby is dismissed.

IT IS SO ORDERED.

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner 0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

/s/ RICHARD E WEST

RICHARD E WEST  #0033319
Attorney for Debtors
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066
(937)748-1749   Fax (937)748-9552
email: bknotice@debtfreeohio.com

**Distribution:**
   All Creditors and Parties in Interest.

1037312_347_20130626_095345_999/T415_jb
###